**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** ) | **Chapter 7** |
| ) | |
| **Brandon Weiss,** ) | **Case No. 18-10309-elf** |
| ) | |
| **Debtor.** ) | |

**ORDER**

AND NOW, upon consideration of the Application of the Chapter 7 Trustee to Retain BK Global Real Estate Services and Coldwell Banker Heathside, to Procure Consented Public Sale Pursuant to 11 U.S.C. §§327, 328 and 330 it is hereby.

**ORDERED** that BK Global Real Estate Services and Coldwell Banker Heathside are appointed to procure consented public sale. Compensation shall be allowed only after approval of an Application in procedural conformity with In re: Busy Beaver Building Centers, Inc., 19 F.3d 33 (3d Cir. 1994).

Dated: 10/31/18

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE