**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: BRANDON W. WEISS** | : | Chapter 7 |
| | : | |
| | : | |
| **Debtor** | : | Bky. No. 18-10309ELF |

# O R D E R

**AND NOW**, it is hereby **ORDERED** that **on or before July 29, 2019,** the Trustee shall file a **Status Report** describing:

(1) the developments, if any, in case administration since the last docket activity;

(2) the action(s) that the Trustee intends to take to complete administration of this case; and

(3) the expected dates by which the Trustee expects to take such action(s).

**Date: July 8, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**